Case: 1:26-mj-00067
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 3/27/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1.      On Tuesday, March 24, 2026, at approximately 3:15 p.m., members of the Metropolitan Police Department ("MPD") and the Drug Enforcement Administration ("DEA") executed two District of Colombia Superior Court search warrants: a residential warrant at ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (▇▇▇▇▇▇▇▇▇), and a vehicle search warrant for a 2017 ▇▇▇▇▇ with Virginia tags of ▇▇▇▇ (the "Target Vehicle") (▇ ▇▇▇▇▇▇▇ The Target Vehicle was registered to the target address of ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ Nathan WILLIAMS, the subject of both search warrants, is the registered owner of the vehicle.

2.      Prior to executing the residential search warrant, law enforcement observed WILLIAMS in the Target Vehicle sitting directly across the street from ▇▇▇▇▇▇▇.

3.      In an effort to avoid any property damage and optimize scene safety, MPD Sergeant ▇▇▇ conducted a loud knock and announce stating words to the effect of police with a search warrant. Law enforcement could hear someone inside the apartment, and the occupant, Natasha Williams, Nathan WILLIAMS' sister, opened the door to the residence. Also inside the apartment were two small children.

4.      Upon entering the residence, police continued to announce their presence. Once the residence was secured, officers conducted a search of the entire two-bedroom residence and vehicle, which resulted in the items described below.

5.      Evidence recovered from bedroom #1:

   a. A scale (with white powdery residue) with sandwich bags were located together inside the top dresser drawer.

   b. A plastic bag containing 60 grams (including packaging) of a white rocklike

substance on a shelf in the closet, separated into ounce quantities, which field tested positive for cocaine base.

c. A large bag containing 126 gram-sized bags weighing 966 grams (with packaging) of a white powdery substance, which field tested positive for cocaine.

d. Mail matter and a DC ID card were located inside the closet, both in WILLIAMS' name and with a listed address of ████████████████. Additional mail matter bearing WILLIAMS' name was scattered throughout the bedroom.

e. A black trash bag that contained approximately 1,463 grams of a green leafy substance that is suspected to be marijuana.

f. A money counter.










*Mail matter and identification cards associated with WILLIAMS in the bedroom*

6.    Evidence was also recovered from a clothing bin in the hallway attached to the bedroom:

    a. Pistol magazine (pro mag)

    b. 26 rounds of 762 ammunition

    c. 7 rounds of .223 ammunition

    d. 11 rounds of .380 ammunition

    e. 1 round of 9mm ammunition

    f. A container of white powder suspected to be a cutting agent

7. MPD and DEA officers executed the vehicle search warrant and recovered: 6 small bottles containing residue of promethazine with codeine (located in the back seat), a scale with residue, green leafy substance suspected to be marijuana, and a cell phone (located on the front passenger seat).

8. WILLIAMS was also in possession of $1,977 of U.S. Currency on his person.

9. Based on my training and experience, the large quantities of narcotics seized, the packaging of the narcotics separated into gram and ounce quantities, as well as the digital scales and large amount of cash on WILLIAMS' person, is more consistent with narcotics distribution than personal use. Furthermore, law enforcement did not locate paraphernalia items used to consume cocaine or cocaine base to indicate that it was for personal use.

Respectfully submitted,

_____
Matthew Layer, Special Agent
Drug Enforcement Administration

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on March 27, 2026.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE